# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lalaine Gil,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>Venetian Casino Resort, LLC, et al.,<br><br>　　　　　　　Defendants | Case No. 2:23-cv-00424-CDS-NJK<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 2, 4] |

　　　Pro so plaintiff Lalaine Gil brought this employment-discrimination case on March 21, 2023. ECF No. 1. The same day, she filed a motion seeking to proceed in forma pauperis, stating that she is unable to pay the fees and costs related to this case. ECF No. 2. Magistrate Judge Nancy Koppe recommends that Gil's motion to proceed in forma pauperis should be denied because based on Gil's identified monthly income and cash available in a checking or savings account, she "is capable of paying the $402 filing fee in this case." ECF No. 4 (citing *Ali v. Cuyler*, 547 F. Supp. 129, 130 (E.D. Penn. 1982) ("holding that the magistrate judge correctly determined that the plaintiff did not qualify for *in forma pauperis* status when he had $450 in savings and the filing fee was $60").

　　　The deadline for Gil to object to the magistrate judge's report and recommendation (R&R) was April 5, 2023. *Id.* To date, Gil has not filed an objection, and the time to do so has passed. *See* LR IB 3-2(a). "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because no objection has been filed, I adopt Judge Koppe's R&R in its entirety.

## Conclusion

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **[ECF No. 4] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that Gil's motion for leave to proceed in forma pauperis **[ECF No. 2] is DENIED**. If she wishes to proceed with this case, she must pay the $402 filing fee by May 10, 2023. If she fails to pay the filing fee by that deadline, this case could be closed without further notice.

DATED: April 10, 2023

_____
Cristina D. Silva
United States District Judge