MOLLY M. REZAC
Nevada Bar No. 7435
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone: 775.440.2373
*Attorneys for Defendant Venetian Casino Resort, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LALAINE GIL,<br><br>           Plaintiff,<br><br>vs.<br><br>VENETIAN CASINO RESORT, LLC;<br>SIERRA NEVADA ADMINSTRATOR, INC.<br><br>           Defendants. | Case No.:  2:23-cv-00424-CDS-NJK<br><br>**DEFENDANT VENETIAN CASINO RESORT, LLC'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LR 7.1-1** |

PLEASE TAKE NOTICE THAT, in compliance with Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant Venetian Las Vegas Gaming, LLC[1], hereby certifies as follows:

1. Venetian Las Vegas Gaming, LLC is a wholly owned subsidiary of Pioneer OpCo, LLC;

2. Pioneer OpCo, LLC may have a direct, pecuniary interest in the outcome of this case; and

3. No publicly held corporation owns 10% or more of Venetian Las Vegas Gaming, LLC.

. . .

. . .

. . .

. . .

---

[1] Venetian Las Vegas Gaming, LLC is the successor company to Venetian Casino Resort, LLC.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 12th day of June, 2023.

                    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                    */s/ Molly M. Rezac*
                    Molly M. Rezac
                    Nevada Bar No. 7435
                    200 S. Virginia Street, 8th Floor
                    Reno, NV  89501
                    *Attorneys for Defendant Venetian Casino Resort, LLC*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. VIRGINIA STREET, 8TH FLOOR
RENO, NV 89501
TELEPHONE: 775-440-2373

56860457.v1-OGLETREE

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing **DEFENDANT VENETIAN CASINO RESORT, LLC'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND LR 7.1-1** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Lalaine Gil

Pursuant to FRCP 5(b), I hereby further certify that service of the foregoing document was also made by depositing a true and correct copy of same for mailing, first class mail, postage prepaid thereon, at Las Vegas, Nevada, to the following:

Lalaine Gil
6236 Casada Way
Las Vegas, NV  89107
Email:  gil.lalaine@gmail.com

DATED this 12th day of June, 2023.

*/s/ Carol Rojas*
AN EMPLOYEE OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.