# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LALAINE GIL, | Case No.: 2:23-cv-00424-CDS-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| VENETIAN CASINO RESORT, LLC, et al., | |
| Defendants. | |

On March 21, 2023, Plaintiff Lalaine Gil initiated the instant case by filing an application for leave to proceed *in forma pauperis* and attaching a complaint. Docket No. 2. On March 22, 2023, the undersigned recommended that the application for *in forma pauperis* be denied and that Plaintiff be required to pay the filing fee if she wished to proceed with the instant case. Docket No. 4. On April 10, 2023, after no timely objection was filed, United States District Judge Cristina D. Silva adopted the undersigned's Report and Recommendation in its entirety. Docket No. 5. Plaintiff has now paid the filing fee. Docket No. 6.

Accordingly, the Clerk's Office is **INSTRUCTED** to file Plaintiff's complaint, Docket No. 2-1, on the public docket.

IT IS SO ORDERED.

DATED: June 29, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1