# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LALAINE GIL,

    Plaintiff,

v.

VENETIAN CASINO RESORTS, LLC, et al.,

    Defendants.

Case No. 2:23-cv-00424-CDS-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 4, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: July 28, 2023

_____
Nancy J. Koppe
United States Magistrate Judge