UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LALAINE GIL,<br><br>    Plaintiff,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00424-CDS-NJK<br><br>**Order**<br><br>[Docket No. 30] |

    Plaintiff filed requests for production on the Docket. Docket No. 30. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 15, 2023

                                                  Nancy J. Koppe<br>
                                                  United States Magistrate Judge