# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LALAINE GIL,<br><br>    Plaintiff(s),<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00424-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 32] |

Pending before the Court is Plaintiff's motion for clarification. Docket No. 32. The motion is hereby **GRANTED** in part. The Court clarifies that, since no stay of discovery has issued in this case, the Court's scheduling order remains in effect.[1] The parties must comply with all Court orders.

IT IS SO ORDERED.

Dated: August 23, 2023

                                                                                                 _____
                                                                                                 Nancy J. Koppe
                                                                                                 United States Magistrate Judge

---

[1] The Court expresses no opinion on any other issues raised in the motion.

1